IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-10582
Conference Calendar

LARRY DALE INGRAM,

Plaintiff-Appellant,

versus

TARRANT COUNTY ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-760-A
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Larry Dale Ingram, # 696595, appeals the district court's grant of the defendants' motion for summary judgment and moves to supplement the appellate record. Ingram contends that the district court erred by denying his motion for extension of time to conduct discovery before its determination on the merits of the defendants' motion for summary judgment and erred by granting the motion for summary judgment because he raised a genuine issue

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of fact regarding the issue of deliberate indifference to his serious medical needs.  We have reviewed the record and Ingram's brief and AFFIRM the district court's grant of summary judgment for essentially the same reasons set forth by the district court. Ingram v. Tarrant County, et al., No. 4:95-CV-760-A (N.D. Tx. Mar. 26, 1996).  The district court did not abuse its discretion by denying Ingram's motion for extension of time to conduct discovery because Ingram did not state with specificity how additional discovery would create a dispute as to a material fact.  International Shortstop, Inc. v. Rally's, Inc., 939 F.2d 1257, 1267 (5th Cir. 1991), cert. denied, 502 U.S. 1059 (1992).

Based on this determination, Ingram's motion to supplement the appellate record is DENIED.

AFFIRMED; MOTION DENIED